MEDICAL MUT. INS. CO. v. MAULDIN

No. 222PA00

Case below: 137 N.C.App. 690

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 25 July 2000.

MILLER v. PIEDMONT STEAM CO.

No. 230P00

Case below: 137 N.C.App. 520

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

MILLS v. THOMAS

No. 345PA00

Case below: 138 N.C.App. 553

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 24 August 2000.

N. C. FARM BUREAU MUT. INS. CO. v. MIZELL

No. 328P00

Case below: 138 N.C.App. 530

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

OVERCASH v. CITY OF CONCORD

No. 329P00

Case below: 138 N.C.App. 554

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.